IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

PAUL CARL ELIAS,

       Appellant,

 v.                               Case No.  5D21-2330
                                     LT Case No. 2017-CF-103838

STATE OF FLORIDA,

       Appellee.

_____/

Decision filed January 10, 2023

Appeal from the Circuit Court
for Volusia County,
Dawn D. Nichols, Judge.

Matthew J. Metz, Public Defender, and Susan
A. Fagan, Assistant Public Defender, Daytona
Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee,
and Rebecca Rock McGuigan, Assistant
Attorney General, Daytona Beach, for
Appellee.


PER CURIAM.

     AFFIRMED.


WALLIS, EDWARDS and HARRIS, JJ., concur.